Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−22884−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Gary T. Kantor                                            Paula B. Kantor
35 Cleveland Terrace                                      35 Cleveland Terrace
West Orange, NJ 07052                                     West Orange, NJ 07052

Social Security No.:
  xxx−xx−3866                                             xxx−xx−7011

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on September 4, 2016.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 6, 2016
JJW: rah

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Gary T. Kantor
Paula B. Kantor
     Debtors

Case No. 16-22884-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 06, 2016
                    Form ID: 148     Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2016.
```
db/jdb         +Gary T. Kantor,    Paula B. Kantor,    35 Cleveland Terrace,    West Orange, NJ 07052-1901
516271138      +Bank of NY - Mellon,    55 Beattie Pl Ste 110,    Greenville, SC 29601-5115
516271139      +Milstead & Associates,    1 East Stow Road,    Marlton, NJ 08053-3118
516285497       Nissan,    POB 660366,    Dallas, TX 75266-0366
516271140      +Nissan Motor Acceptance Corp/Infinity Lt,    Nmac/Attn: Bankruptcy,    Po Box 660360,
                 Dallas, TX 75266-0360
516271141      +Rey Properties, LLC,    c/o Romina V. Spinnickie, Esq.,    104 Bayard Street,
                 New Brunswick, NJ 08901-2389
516343560      +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW,    c/o Shellpoint Mortgage Servicing,
                 PO Box 10826,    Greenville, SC 29603-0826
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 06 2016 23:52:43      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 06 2016 23:52:41      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
```
                                                                                                                             TOTAL: 2

***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2016 at the address(es) listed below:
```
          Alphonse   DeSimone    on behalf of Debtor Gary T. Kantor AlphonseD@comcast.net
          Alphonse   DeSimone    on behalf of Joint Debtor Paula B. Kantor AlphonseD@comcast.net
          Denise E. Carlon    on behalf of Creditor    BAC BANK OF NY(CWALT 2005-J11) dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
```
                                                                                                                             TOTAL: 4