|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>ALPHONSE DE SIMONE, ESQ.<br>195 ROUTE 46 WEST SUITE 6<br>TOTOWA, NEW JERSEY 07512<br>ATTORNEYS FOR DEBTOR | Order Filed on September 4, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>CHAPTER 13 PROCEEDINGS |
| In Re:<br><br>GARY T. KANTOR AND PAULA B. KANTOR,<br><br>                Debtors | Case No.: 16-22884-VFP<br><br>Adv. No.:<br><br>Hearing Date: August 18, 2014<br><br>Judge: HON. VINCENT F. PAPALIA |

**ORDER FOR VOLUNTARY DISMISSAL OF CHAPTER 13**

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: September 4, 2016**

                                          _____
                                          **Honorable Vincent F. Papalia**
                                          **United States Bankruptcy Judge**

**(Page 2)**

Debtor: GARY T. KANTOR AND PAULA B. KANTOR

Case No: 16-22884 VFP

Order to Voluntary Dismiss Chapter 13 Proceedings

Upon consideration of debtors' Notice to Voluntary Dismiss the Chapter 13 Proceedings filed herein, and good cause appearing therefore, it is hereby

**ORDERED** that the Chapter 13 Petition filed in the within matter be and the same is hereby dismissed.

United States Bankruptcy Court
District of New Jersey

In re:  
Gary T. Kantor  
Paula B. Kantor  
    Debtors

Case No. 16-22884-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 06, 2016  
                             Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2016.  
db/jdb         +Gary T. Kantor,    Paula B. Kantor,    35 Cleveland Terrace,    West Orange, NJ 07052-1901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2016                                                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2016 at the address(es) listed below:  
           Alphonse   DeSimone    on behalf of Debtor Gary T. Kantor AlphonseD@comcast.net  
           Alphonse   DeSimone    on behalf of Joint Debtor Paula B. Kantor AlphonseD@comcast.net  
           Denise E. Carlon     on behalf of Creditor    BAC BANK OF NY(CWALT 2005-J11) dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Marie-Ann   Greenberg     magecf@magtrustee.com  
                                                                                                                                       TOTAL: 4